IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Montez Desmond Jackson, | ) | |
| | ) | Civil No. 2:09-cv-1581-DCN |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| James Lewis Thomas, Barbara Jean Thomas, | ) | |
| and Prudential Insurance Company of America | ) | |
| d/b/a Office of Servicemembers' Group Life | ) | |
| Insurance, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This order is entered for the purpose of dismissing defendant Prudential Insurance Company of America (Prudential) from the case pursuant to the September 25, 2009, and January 21, 2010 orders filed in related case Civil No. 2:09-cv-635-DCN ("Case 09-635"). As the result of an interpleader action, and pursuant to the September 25, 2009 order, Prudential deposited the insurance proceeds at issue in both Case 09-635 and the instant case with the clerk of court on October 8, 2009. The September 25, 2009 order, and the amended order filed on January 21, 2010, dismissed Prudential as a party from Case 09-635. Prudential should have also been dismissed from the instant case at the same time.

The original order dismissing Prudential from Case 09-635 (Document #41), a copy of the deposit receipt (Document #43), and the amended order (Document #48) were not cross-referenced to the instant case. This order corrects this administrative oversight.

**AND IT IS SO ORDERED**.

1

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**February 17, 2010**
**Charleston, South Carolina**